1  SHAWN R. PEREZ, ESQ.
   4564 Desert Bloom Court
2  Las Vegas, NV 89129
   (949) 492-9545
3  (702) 655-0057

4  Attorney for Defendant
   ALI GHANI
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                   SAN JOSE DIVISION        *E-FILED - 8/2/06*
9

10 | UNITED STATES OF AMERICA,      )  No. CR 06-00054-RMW
                                    )
11 |         Plaintiff,              )
                                    )  STIPULATION TO CONTINUE
12 |    v.                           )  SENTENCING DATE AND
                                    )   ORDER
13 | ALI GHANI,                      )
         a/k/a waters,              )
14       a/k/a hnic,                )
         a/k/a 1685,                )
15       a/k/a ^h,                  )
         a/k/a brownman,            )
16       a/k/a casper,              )
         a/k/a repsac,              )
17       a/k/a 43183,               )
         a/k/a notwaters,           )
18       a/k/a poopsie,             )
         a/k/a dooooooo,            )
19                                  )
             Defendant.             )
20 |_____)

21      It is hereby stipulated and agreed between defendant Ali Ghani, through his counsel

22 Shawn R. Perez, and the United States, by and through Assistant United States Attorney Mark

23 Krotoski that the sentencing date of August 7, 2006 be continued to October 23, 2006, at 9:00

24 a.m.

25      This continuance is necessary because the Court is unavailable for the previously agreed

26 date of August 7, 2006.

27 ///

28

STIPULATION TO CONTINUE SENTENCING DATE AND ORDER
CR 06-00054-RMW

1     It is so stipulated.

2   Dated: July 29, 2006                             KEVIN V. RYAN
                                                United States Attorney

//s// by Shawn R. Perez, with consent of signatory

_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: July 29, 2006                                       //s//

_____
SHAWN R. PEREZ
Attorney for Defendant Ghani

STIPULATION TO CONTINUE SENTENCING DATE AND ORDER
CR 06-00054-RMW                     Page 2 of 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALI GHANI,<br>        a/k/a waters,<br>        a/k/a hnic,<br>        a/k/a 1685,<br>        a/k/a ^h,<br>        a/k/a brownman,<br>        a/k/a casper,<br>        a/k/a repsac,<br>        a/k/a 43183,<br>        a/k/a notwaters,<br>        a/k/a poopsie,<br>        a/k/a dooooooo,<br><br>        Defendant. | No. CR 06-00054-RMW<br><br>ORDER |

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the sentencing originally set for July 31, 2006 at 9:00 and previously continued to August 7, 2006 for defendant Ghani shall be continued to October 23, 2006 at 9:00 a.m.

DATED: ____8/2/06_____

                                                /s/ Ronald M. Whyte  
                                               RONALD M. WHYTE  
                                               United States District Judge