1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2  

3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division

4    150 Almaden Avenue, Suite 900
     San Jose, California 95113
5    Telephone: (408) 535-5035
     FAX: (408) 535-5081
6    E-Mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12

13 | UNITED STATES OF AMERICA,              )   No. CR 06-00054-RMW
                                            )
14 |        Plaintiff,                      )
                                            )   STIPULATION TO CONTINUE
15 |    v.                                  )   SENTENCING HEARING
                                            )
16 | ALI GHANI,                             )
         a/k/a waters,                      )
17       a/k/a hnic,                        )
         a/k/a 1685,                        )
18       a/k/a ^h,                          )
         a/k/a brownman,                    )
19       a/k/a casper,                      )
         a/k/a repsac,                      )
20       a/k/a 43183,                       )
         a/k/a notwaters,                   )
21       a/k/a poopsie,                     )
         a/k/a dooooooo,                    )
22                                          )
                                            )
23 |        Defendant.                      )
   |_____)

24
       It is hereby stipulated and agreed between defendant Ali Ghani, by and through his counsel of
25
   record, Shawn Perez, Esq., and the United States, by and through Assistant United States
26
   Attorney Mark L. Krotoski, as follows:
27
       1. This matter is presently set for a sentencing hearing on October 23, 2006 at 9:00 a.m.
28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 06-00054-RMW

10/09/2006 09:02 0000000000 PEREZ PAGE 02

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from October 23, 2006 at 9:00 a.m. to February 5, 2007 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: October 4, 2006

KEVIN V. RYAN
United States Attorney

MARK L. KROTOSKI
Assistant United States Attorney

Dated: October 11, 2006

SHAWN R. PEREZ
Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from October 23, 2006 at 9:00 a.m. to February 5, 2007 at 9:00 a.m.

Dated: October 18, 2006

/s/ Ronald M. Whyte

RONALD M. WHYTE
United States District Judge

Distribute To:

SHAWN R. PEREZ, ESQ.
4564 Desert Bloom Court
Las Vegas, NV 89129
(949) 492-9545
(702) 655-0057

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Lynne E. Richards
U.S. Probation Officer
United States Probation Office

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 06-00054-RMW                Page 2 of 3