| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | 150 Almaden Avenue, Suite 900<br>San Jose, California 95113 |
| 5 | Telephone: (408) 535-5035<br>FAX: (408) 535-5081 |
| 6 | E-Mail: Mark.Krotoski@usdoj.gov |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/6/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00054-RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| ALI GHANI,<br>a/k/a waters,<br>a/k/a hnic,<br>a/k/a 1685,<br>a/k/a ^h,<br>a/k/a brownman,<br>a/k/a casper,<br>a/k/a repsac,<br>a/k/a 43183,<br>a/k/a notwaters,<br>a/k/a poopsie,<br>a/k/a dooooooo, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed between defendant Ali Ghani, by and through his counsel of record, Shawn R. Perez, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on February 5, 2007 at 9:00 a.m.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 06-00054-RMW

1  2.  The parties agree that further time is needed to address sentencing issues and that the
2  terms of the plea agreement continue to apply.
3  3.  For the foregoing reasons, and that the ends of justice are served by continuing this case,
4  the parties stipulate and request to a continuance of the sentencing hearing from February 5,
5  2007 at 9:00 a.m. to March 19, 2007 at 9:00 a.m., or the next available date.
6  4.  The probation officer has been advised of the new date and has no objection.
7  IT IS SO STIPULATED.

8  Dated: January 18, 2007                                KEVIN V. RYAN
                                                         United States Attorney

10                                                            /s/
                                                         _____
11                                                       MARK L. KROTOSKI
                                                         Assistant United States Attorney

12  Dated: January 18, 2007

13
                                                              /s/
14                                                       _____
                                                         SHAWN R. PEREZ
15                                                       Attorney for Defendant

16
17  IT IS SO ORDERED.

    Upon good cause shown, the sentencing hearing is continued from February 5, 2007 at 9:00
18  a.m. to March 19, 2007 at 9:00 a.m.
19  Dated: February 6, 2007

20                                                       *Ronald M. Whyte* (signature)
21                                                       _____
                                                         RONALD M. WHYTE
                                                         United States District Judge

| | |
|---|---|
| 1 | |
| 2 | Distribute To: |
| 3 | Shawn R. Perez<br>4564 Dessert Bloom Court<br>Las Vegas, NV 89129 |
| 4 | FAX (702) 655-0057 |
| 5 | |
| 6 | Lynne E. Richards<br>U.S. Probation Officer |
| 7 | United States Probation Office<br>Northern District of California |
| 8 | 450 Golden Gate Avenue, Suite 17-6884<br>San Francisco, CA 9410-3487 |
| 9 | Mark L. Krotoski<br>AUSA |
| 10 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 |
| 11 | |
| ... | |
| 28 | |