KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/26/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALI GHANI, <br>    a/k/a waters, <br>    a/k/a hnic, <br>    a/k/a 1685, <br>    a/k/a ^h, <br>    a/k/a brownman, <br>    a/k/a casper, <br>    a/k/a repsac, <br>    a/k/a 43183, <br>    a/k/a notwaters, <br>    a/k/a poopsie, <br>    a/k/a dooooooo, <br><br> Defendant. | No. CR 06-00054-RMW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |

It is hereby stipulated and agreed between defendant Ali Ghani, by and through his counsel of record, Shawn R. Perez, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on March 19, 2007 at 9:00 a.m.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 06-00054-RMW

1  2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from March 19, 2007 at 9:00 a.m. to April 16, 2007 at 9:00 a.m., or the next available date.

4. The probation officer has been advised of the new date and has no objection.

IT IS SO STIPULATED.

Dated: February 8, 2007      KEVIN V. RYAN
United States Attorney

/s/
_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: February 8, 2007

/s/
_____
SHAWN R. PEREZ
Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from March 19, 2007 at 9:00 a.m. to April 16, 2007 at 9:00 a.m.

Dated: March 26, 2007

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Distribute To:

Shawn R. Perez
4564 Dessert Bloom Court
Las Vegas, NV 89129
FAX (702) 655-0057


Lynne E. Richards
U.S. Probation Officer
United States Probation Office
Northern District of California
450 Golden Gate Avenue, Suite 17-6884
San Francisco, CA 9410-3487

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 06-00054-RMW                    Page 3 of  3