1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  150 Almaden Avenue, Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5035
   FAX: (408) 535-5081
6  E-Mail: Mark.Krotoski@usdoj.gov

7  Attorneys for Plaintiff

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11                                                    *E-FILED - 3/26/07*

12

13 UNITED STATES OF AMERICA,           )  No. CR 06-00054-RMW
                                        )
14         Plaintiff,                   )
                                        )
15      v.                              )  STIPULATION TO CONTINUE
                                        )  SENTENCING HEARING
                                        )  AND ORDER
16 ALI GHANI,                           )
       a/k/a waters,                    )
17     a/k/a hnic,                      )
       a/k/a 1685,                      )
18     a/k/a ^h,                        )
       a/k/a brownman,                  )
19     a/k/a casper,                    )
       a/k/a repsac,                    )
20     a/k/a 43183,                     )
       a/k/a notwaters,                 )
21     a/k/a poopsie,                   )
       a/k/a dooooooo,                  )
22                                      )
                                        )
23         Defendant.                   )
                                        )
24
        It is hereby stipulated and agreed between defendant Ali Ghani, by and through his counsel
25
   of record, Shawn R. Perez, Esq., and the United States, by and through Assistant United States
26
   Attorney Mark L. Krotoski, as follows:
27
        1. This matter is presently set for a sentencing hearing on April 16, 2007 at 9:00 a.m.
28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 06-00054-RMW

1      2. The parties agree that further time is needed to address sentencing issues and that the
2  terms of the plea agreement continue to apply.
3      3. For the foregoing reasons, and that the ends of justice are served by continuing this case,
4  the parties stipulate and request to a continuance of the sentencing hearing from April 16, 2007
5  at 9:00 a.m. to May 21, 2007 at 9:00 a.m., or the next available date.
6      4. The probation officer has been advised of the new date and has no objection.
7      IT IS SO STIPULATED.

8  Dated: March 21, 2007            SCOTT N. SCHOOLS
                                                     United States Attorney

                                                     /s/
                                                     _____
                                                     MARK L. KROTOSKI
                                                     Assistant United States Attorney

Dated: March 21, 2007

                                                     /s/
                                                     _____
                                                    SHAWN R. PEREZ
                                                     Attorney for Defendant

    IT IS SO ORDERED.

    Upon good cause shown, the sentencing hearing is continued from April 16, 2007 at 9:00 a.m. to May 21, 2007 at 9:00 a.m.

Dated: March 26, 2007

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

| | |
|---|---|
| 1 | |
| 2 | Distribute To: |
| 3 | Shawn R. Perez<br>4564 Dessert Bloom Court<br>Las Vegas, NV 89129 |
| 4 | FAX (702) 655-0057 |
| 5 | |
| 6 | Lynne E. Richards<br>U.S. Probation Officer<br>United States Probation Office |
| 7 | Northern District of California<br>450 Golden Gate Avenue, Suite 17-6884 |
| 8 | San Francisco, CA 9410-3487 |
| 9 | Mark L. Krotoski<br>AUSA |
| 10 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 06-00054-RMW                         Page 3 of 3