```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/6/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00054-RMW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING |
| ALI GHANI, | AND ORDER |
| a/k/a waters, | |
| a/k/a hnic, | |
| a/k/a 1685, | |
| a/k/a ^h, | |
| a/k/a brownman, | |
| a/k/a casper, | |
| a/k/a repsac, | |
| a/k/a 43183, | |
| a/k/a notwaters, | |
| a/k/a poopsie, | |
| a/k/a dooooooo, | |
| Defendant. | |

It is hereby stipulated and agreed between defendant Ali Ghani, by and through his counsel of record, Shawn R. Perez, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on July 23, 2007 at 9:00 a.m.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 06-00054-RMW

1   2. The parties agree that further time is needed to address sentencing issues and that the
2   terms of the plea agreement continue to apply.
3   3. For the foregoing reasons, and that the ends of justice are served by continuing this case,
4   the parties stipulate and request to a continuance of the sentencing hearing from July 23, 2007 at
5   9:00 a.m. to August 13, 2007 at 9:00 a.m., or the next available date.
6   4. The probation officer has been advised of the new date and has no objection.
7   IT IS SO STIPULATED.
8   Dated: May 21, 2007                          SCOTT N. SCHOOLS
                                                  United States Attorney
9
10                                                /s/
                                                  _____
11                                                MARK L. KROTOSKI
                                                  Assistant United States Attorney
12
    Dated: May 21, 2007
13
                                                  /s/
14                                                _____
                                                  SHAWN R. PEREZ
15                                                Attorney for Defendant
16
17  IT IS SO ORDERED.

    Upon good cause shown, the sentencing hearing is continued from July 23, 2007 at 9:00 a.m.
18  to August 13, 2007 at 9:00 a.m.
19  Dated: June 6, 2007
20
                                                  *Ronald M. Whyte* (signature)
21                                                _____
                                                  RONALD M. WHYTE
22                                                United States District Judge
23
24
25
26
27
28

| | |
|---|---|
| 1 | |
| 2 | Distribute To: |
| 3 | Shawn R. Perez<br>4564 Dessert Bloom Court<br>Las Vegas, NV 89129 |
| 4 | FAX (702) 655-0057 |
| 5 | |
| 6 | Lynne E. Richards<br>U.S. Probation Officer<br>United States Probation Office |
| 7 | Northern District of California<br>450 Golden Gate Avenue, Suite 17-6884 |
| 8 | San Francisco, CA 9410-3487 |
| 9 | Mark L. Krotoski<br>AUSA |
| 10 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 06-00054-RMW                 Page 3 of 3