SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant U.S. Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California  95113
   Telephone: (408) 535-5035
   Facsimile: (408) 535-5066
   E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/10/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 06-00054-RMW |
|     Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE |
| ALI GHANI, | ) SENTENCING HEARING |
|    a/k/a waters, | ) AND ORDER |
|    a/k/a hnic, | ) |
|    a/k/a 1685, | ) |
|    a/k/a ^h, | ) |
|    a/k/a brownman, | ) |
|    a/k/a casper, | ) |
|    a/k/a repsac, | ) |
|    a/k/a 43183, | ) |
|    a/k/a notwaters, | ) |
|    a/k/a poopsie, | ) |
|    a/k/a dooooooo, | ) |
| | ) |
|     Defendant. | ) |

    It is hereby stipulated and agreed between defendant Ali Ghani, by and through his counsel

of record, Shawn R. Perez, Esq., and the United States, by and through Assistant United States

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 06-00054-RMW

Attorney Mark L. Krotoski, as follows:

1.   This matter is presently set for a sentencing hearing on August 13, 2007 at 9:00 a.m.

2.   The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3.   For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from August 13, 2007 at 9:00 a.m. to October 15, 2007 at 9:00 a.m., or the next available date.

4.   The probation officer has been advised of the new date and has no objection.

IT IS SO STIPULATED.

Dated: July __, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/

_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated:  July __, 2007

/s/

_____
SHAWN R. PEREZ
Attorney for Defendant


IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from August 13, 2007 at 9:00 a.m. to October 15, 2007 at 9:00 a.m.

Dated: August 10, 2007

_Ronald M. Whyte_
_____
RONALD M. WHYTE
United States District Judge

Distribute To:

Shawn R. Perez
4564 Dessert Bloom Court
Las Vegas, NV 89129
FAX (702) 655-0057


Robert Ramirez
Branch Chief
United States Probation Office
Northern District of California
280 South First Street
San Jose, CA 95113

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113