1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN STRETCH (CSBN 163973)
   Chief, Criminal Division
4  MARK L. KROTOSKI (CASBN 138549)
   Assistant U.S. Attorney
5
6      1301 New York Avenue, Suite 600
       Washington, D.C.  95113
7      Telephone: (202) 307-6389
       Facsimile: (202) 514-6113
8      E-Mail: Mark.Krotoski@usdoj.gov

9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION

                                              ***E-FILED - 10/12/07***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00054-RMW |
|         Plaintiff, | ) | |
|         v. | ) | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| ALI GHANI, | ) | |
|    a/k/a waters, | ) | |
|    a/k/a hnic, | ) | |
|    a/k/a 1685, | ) | |
|    a/k/a ^h, | ) | |
|    a/k/a brownman, | ) | |
|    a/k/a casper, | ) | |
|    a/k/a repsac, | ) | |
|    a/k/a 43183, | ) | |
|    a/k/a notwaters, | ) | |
|    a/k/a poopsie, | ) | |
|    a/k/a dooooooo, | ) | |
|         Defendant. | ) | |

It is hereby stipulated and agreed between defendant Ali Ghani, by and through his counsel of record, Shawn R. Perez, Esq., and the United States, by and through Assistant United States

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 06-00054-RMW

Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on October 15, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from October 15, 2007 at 9:00 a.m. to December 17, 2007 at 9:00 a.m., or the next available date.

4. The probation officer has been advised of the new date and has no objection.

IT IS SO STIPULATED.

Dated: September 13, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/
_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: September 13, 2007

/s/
_____
SHAWN R. PEREZ
Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from October 15, 2007 at 9:00 a.m. to December 17, 2007 at 9:00 a.m.

Dated: October 12, 2007

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

| | |
|---|---|
| 1 | |
| 2 | Distribute To: |
| 3 | Shawn R. Perez<br>4564 Dessert Bloom Court<br>Las Vegas, NV 89129 |
| 4 | FAX (702) 655-0057 |
| 5 | |
| 6 | Robert Ramirez<br>Branch Chief<br>United States Probation Office |
| 7 | Northern District of California<br>280 South First Street |
| 8 | San Jose, CA 95113 |
| 9 | Mark L. Krotoski<br>AUSA |
| 10 | Computer Crime and Intellectual Property Section<br>1301 New York Avenue, Suite 600 |
| 11 | Washington, D.C.  95113 |
| 12 | |
| ... | |
| 28 | |

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 06-00054-RMW                    Page 3 of 3