SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant U.S. Attorney

1301 New York Avenue, Suite 600
Washington, D.C. 20530-0016
Telephone: (202) 307-6389
Facsimile: (202) 514-6113
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 11/29/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00054-RMW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| ALI GHANI, <br> a/k/a waters, <br> a/k/a hnic, <br> a/k/a 1685, <br> a/k/a ^h, <br> a/k/a brownman, <br> a/k/a casper, <br> a/k/a repsac, <br> a/k/a 43183, <br> a/k/a notwaters, <br> a/k/a poopsie, <br> a/k/a dooooooo, | |
| Defendant. | |

It is hereby stipulated and agreed between defendant Ali Ghani, by and through his counsel of record, Shawn R. Perez, Esq., and the United States, by and through Assistant United States

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 06-00054-RMW

Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on December 17, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply. Government counsel requests permission to appear telephonically during the hearing.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from December 17, 2007 at 9:00 a.m. to March 17, 2008 at 9:00 a.m., or the next available date.

4. The probation officer has been advised of the new date and has no objection.

IT IS SO STIPULATED.

Dated: November 8, 2007

SCOTT N. SCHOOLS
United States Attorney

/s/

_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: November 8, 2007

/s/

_____
SHAWN R. PEREZ
Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from December 17, 2007 at 9:00 a.m. to March 17, 2008 at 9:00 a.m. Government counsel may appear telephonically during the hearing.

Dated: November 30, 2007

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

Distribute To:

Shawn R. Perez
4564 Dessert Bloom Court
Las Vegas, NV 89129
FAX (702) 839-4425


Robert Ramirez
Branch Chief
United States Probation Office
Northern District of California
280 South First Street
San Jose, CA 95113

Mark L. Krotoski
AUSA
Computer Crime and Intellectual Property Section
U.S. Department of Justice – Criminal Division
1301 New York Avenue, Suite 600
Washington, D.C.  20530-0016

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 06-00054-RMW                  Page 3 of  3