JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant U.S. Attorney

1301 New York Avenue, Suite 600
Washington, D.C. 20530-0016
Telephone: (202) 307-6389
Facsimile: (202) 514-6113
E-Mail: Mark.Krotoski@usdoj.gov

*E-FILED - 2/6/08*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ALI GHANI, <br> a/k/a waters, <br> a/k/a hnic, <br> a/k/a 1685, <br> a/k/a ^h, <br> a/k/a brownman, <br> a/k/a casper, <br> a/k/a repsac, <br> a/k/a 43183, <br> a/k/a notwaters, <br> a/k/a poopsie, <br> a/k/a dooooooo, <br> Defendant. | No. CR 06-00054-RMW <br><br> STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |

It is hereby stipulated and agreed between defendant Ali Ghani, by and through his counsel

of record, Shawn R. Perez, Esq., and the United States, by and through Assistant United States

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 06-00054-RMW

Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on February 25, 2008 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply. Government counsel requests permission to appear telephonically during the hearing.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from February 25, 2008 at 9:00 a.m. to March 24, 2008 at 9:00 a.m., or the next available date.

4. The probation officer has been advised of the new date and has no objection.

IT IS SO STIPULATED.

Dated: January 25, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
_____
MARK L. KROTOSKI
Assistant United States Attorney

Dated: January 25, 2008

/s/
_____
SHAWN R. PEREZ
Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from February 25, 2008 at 9:00 a.m. to March 24, 2008 at 9:00 a.m. Government counsel may appear telephonically during the hearing.

Dated: February 6, 2008

_____
RONALD M. WHYTE
United States District Judge

Distribute To:

Shawn R. Perez
4564 Dessert Bloom Court
Las Vegas, NV 89129
FAX (702) 839-4425

Joshua Sparks
United States Probation Officer
United States Probation Office
Northern District of California
450 Golden Gate Avenue, # 17-6884
San Francisco, CA 94102

Mark L. Krotoski
AUSA
Computer Crime and Intellectual Property Section
U.S. Department of Justice – Criminal Division
1301 New York Avenue, Suite 600
Washington, D.C. 20530-0016